```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

GRANT HEILMAN PHOTOGRAPHY, INC.  )
and GRANT HEILMAN,               )
                                 )  Civil Action
            Plaintiffs           )  No. 11-cv-01665
                                 )
      vs.                        )
                                 )
JOHN WILEY & SONS, INC. and      )
JOHN DOE PRINTERS 1-10,          )
                                 )
            Defendants           )

## O R D E R

NOW, this 30th day of March, 2012, upon consideration of the following documents:

(1) Motion of Defendant John Wiley & Sons, Inc. for Partial Dismissal of Plaintiffs' Complaint, which motion for partial dismissal was filed April 11, 2012 (Document 19); together with,

   (a) Defendant's Memorandum of Law in Support of its Motion for Partial Dismissal (Document 19);

(2) Plaintiffs' Response in Opposition to Partial Motion to Dismiss, which response was filed May 3, 2011 (Document 27);

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that the motion for partial dismissal is denied.

                              BY THE COURT:


                              /s/ James Knoll Gardner
                              James Knoll Gardner
                              United States District Judge