```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GRANT HEILMAN PHOTOGRAPHY, INC.,    )
   and                              )
GRANT HEILMAN,                      )
                                    )  Civil Action
             Plaintiffs             )  No. 11-cv-01665
                                    )
       vs.                          )
                                    )
JOHN WILEY & SONS, INC., and        )
JOHN DOE PRINTERS 1-10,             )
                                    )
             Defendants             )
```

**O R D E R**

NOW, this 30th day of March, 2012, upon consideration of the following:

    (1)    Plaintiffs' Motion for Preliminary Injunction to Stop Defendant John Wiley & Sons, Inc. from Continuing to Infringe Copyrights, filed March 8, 2011 ("Motion for Preliminary Injunction") (Document 3); together with

        (A)    Declaration of Sonia Wasco dated March 3, 2011 (Exhibit A to Motion for Preliminary Injunction); together with Exhibit 1 to Wasco Declaration;

        (B)    Deposition Under Oral Examination of Jennifer MacMillan, which deposition was taken July 9, 2010 in the matter of <u>John Wiley & Sons, Inc. v. David Hiser</u>, Civil Action No. 09-cv-4307 before the United States District Court for the Southern District of New York (Exhibit B to Motion for Preliminary Injunction);

        (C)    Houghton Mifflin Harcourt's Motion for Partial Summary Judgment on Plaintiff's Request for the Disgorgement of Profits dated August 8, 2008 and filed in the matter of <u>Ted Wood v. Houghton Mifflin Harcourt Publishing Company and R.R. Donnelley & Sons Company</u>, Civil Action No. 07-cv-01516 in the United States District Court for the District of Colorado (Exhibit C to Motion for Preliminary Injunction);

    (2)    Defendant's Opposition to Plaintiffs' Motion for a Preliminary Injunction, which opposition was filed by defendant John Wiley & Sons, Inc. on April 11, 2011 ("Defendant's Opposition")(Document 18); together with

        (A)    Declaration of Howard Weiner dated April 11, 2011 (Document 18-1); and

        (B)    Declaration of Ashima Aggarwal dated April 11, 2011 (Document 18-2); together with Exhibits A, B, and C to Attorney Aggarwal Affidavit (Documents 18-3, 18-4, and 18-5);

(3)    Plaintiffs' Reply on Motion for Preliminary Injunction to Stop Defendant John Wiley & Sons, Inc. from Continuing to Infringe Copyrights, which reply was filed April 25, 2011 (Document 26);

(4)    Plaintiffs' Proposed Findings of Fact and Conclusions of Law filed May 9, 2011 (Document 29); together with

        (A)    Plaintiffs' Memorandum in Support of Proposed Findings of Fact and Conclusions of Law (Document 30);

(5)    Defendant's Proposed Findings of Fact and Conclusions of Law dated and submitted on May 9, 2011; and

(6)    Plaintiffs' Amended Proposed Findings of Fact and Conclusions of Law filed June 1, 2011 (Document 61);

upon consideration of the pleadings, record papers, and hearing exhibits; after hearing held May 16, 17, 20, 31, and June 1, 2011; and for the reasons articulated in the accompanying Opinion,

    IT IS ORDERED that the Motion for Preliminary Injunction is denied.

                          BY THE COURT:

                          /s/ James Knoll Gardner
                          James Knoll Gardner
                          United States District Judge